## SCHNEIDER HARDWARE COMPANY *v.* SOLAR PROCESSES, INC., ET AL.
### (2226)

DUPONT, C.P.J., HULL and SPALLONE, Js.

Submitted on briefs January 16—decision released April 9, 1985

*Frederick J. Miano* filed a brief for the appellants (defendants).

*William C. Kollman II* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.